IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANDRE JERMAINE BEECH,  \*
    Petitioner
                               \*

v.                             CIVIL ACTION NO. GJH-14-3961
                               \*

ERIC HOLDER, et al.,
    Respondents            \*
                            \*\*\*\*\*\*

## MEMORANDUM

On December 18, 2014, this Petition for Writ of Habeas Corpus was received for filing in this Court. Petitioner seeks to compel the Department of Homeland Security to release him from its custody pending his removal. Petitioner is subject to a final order of removal and does not contest his deportation. ECF No. 1.

Petitioner is a native and citizen of Jamaica. On January 21, 2014, ICE obtained the necessary travel documents from the Jamaican Embassy. ECF No.4, Ex. 1. On January 29, 2015, Petitioner was removed to Jamaica. *Id.*, Ex. 2. In light of this information, Petitioner's habeas challenge to his post-order detention under *Zadvydas v. Davis*, 505 U.S. 277 (2001), has been rendered moot.

A separate Order shall be entered dismissing this Petition without oral hearing.

3/17/2015
Date

George Jarrod Hazel
United States District Judge